UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RELM WIRELESS CORPORATION,

        Plaintiff,

v.                                          CASE NO.: 14-cv-537

CWC TEKCOM, LLC,

        Defendant.

---

## JUGDMENT

Plaintiff Relm Wireless Corporation and Defendant CWC Tekcom, LLC, having requested by stipulation that the Court enter judgment against Defendant CWC Tekcom, LLC;

Judgment is hereby entered in favor of Plaintiff Relm Wireless Corporation and against Defendant CWC Tekcom, LLC, in the amount of $82,453.48, plus costs and disbursements as allowed by law, together with interest on the judgment at the legal rate until the judgment is satisfied.

Dated this _17th_ day of _September_, 2014.

*Barbara B. Crabb*

Entered this 18th day of September, 2014.

                                                    s/ A. Wiseman, Deputy Clerk
                                                    Peter Oppeneer, Clerk of Court